ADAM PAUL LAXALT
Nevada Attorney General
FRANK A. TODDRE II
Nevada Bar No. 11474
Deputy Attorney General
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3149
Email:  ftoddre@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; and KMI ZEOLITE, INC., a foreign corporation<br><br>                           Plaintiffs,<br><br>v.<br><br>NATHAN ROBISON, an individual; ROBISON ENGINEERING COMPANY, INC., a Nevada Corporation; R.A.M.M. CORP., a Nevada Corporation; AMERICAN BORATE COMPANY, a California General Partnership; DELTA ENGINEERING, INC., an Nevada Corporation; GALTAR, LLC, a Nevada Limited Liability Company; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive<br><br>                           Defendants. | Case No.  2:15-CV-01509-GMN-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

    Defendants R.A.M.M. CORP, by and through counsel, Frank A. Toddre II, Esq., hereby notifies the Court and respective parties to this action that Frank A. Toddre II, Deputy Attorney General, is disassociating as Counsel and no longer maintains any responsibility for representing the interests of the named Defendants in the above-entitled action.  As such, the

///

///

///

- 1 -

undersigned requests that he and the Office of the Attorney General be removed from Service and Notice lists.

DATED this 3rd day of February, 2016.

                Respectfully submitted,

                ADAM PAUL LAXALT
                Nevada Attorney General

                By:   /s/ Frank A. Toddre II
                      FRANK A. TODDRE II
                      Deputy Attorney General
                      Nevada Bar No. 11474
                      Bureau of Litigation

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-4-2016

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing system, I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 3rd day of February 2016, I served the foregoing, **NOTICE OF DISASSOCIATION OF COUNSEL**, by causing a true and correct copy thereof to be filed by E-Service by filing the foregoing with the Clerk of the Court using CM/ECF System, which will electronically mail the filing to the following e-mail addresses:

Gregory A. Miles
Royal & Miles LLP
1522 W. Warm Springs Road
Henderson, NV 89014
gmiles@royalmileslaw.com

John Netzorg
2810 W. Charleston Blvd. Ste H-81
Las Vegas, NV 89102
john@netzorglaw.com

Michael Stoberski
Olson Cannon Gormley Angulo
& Stoberski
W. Cheyenne Ave.
Las Vegas NV 89129
mstoberski@ocgas.com

Debbie Leonard
Rory Kay
McDonald Carano Wilson, LLP
2300 W. Sahara Avenue, Ste 1200
Las Vegas NV 89102
dleonard@mcdonaldcarano.com
rkay@mcdonaldcarano.com

　  /s/ Diane Q. Resch　　　　　
DIANE Q. RESCH
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL