# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HILLCREST INVESTMENTS, LTD., *et al.*,

      Plaintiffs,

vs.

NATHAN ROBISON, *et al.,*

      Defendants.

2:15-cv-01509-GMN-VCF

**ORDER**

      Before the court is Galtar, LLC's Motion for Attorney Fees (#40), Plaintiff's Opposition (#46), and Galtar's Reply in Support of its motion (#54).

      Pursuant to LR 54-16(a), a party is entitled to move for attorney's fees, such motion shall be filed with the Court and served within fourteen days after entry of the final judgment or other order disposing of the action.  Here, final judgment has not been entered and no 54(b) certification has been provided.  In the reply, Galtar agrees that its Motion for Attorney's Fees is prematurely filed.  (#54).

      Accordingly,

      IT IS HEREBY ORDERED that Galtar's Motion for Attorney Fees (#40) is DENIED without prejudice.

      DATED this 1st day of March, 2016.

                                                    _____

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE