**SAO**
Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W. Warm Springs Road
Henderson, NV  89014
Telephone:  (702) 471-6777
Facsimile:  (702) 531-6777
gmiles@royalmileslaw.com
*Attorneys for Plaintiffs*

## UNITED STATES OF DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; and KMI ZEOLITE, INC., a foreign corporation, | CASE NO.:  2:15-cv-01509-GMN-VCF |
| Plaintiffs, | |
| vs. | CASE NO.:  2:15-cv-01545-LDG-GWF |
| NATHAN ROBISON, an individual; ROBISON ENGINEERING COMPANY, INC., a Nevada corporation; R.A.M.M. CORP., a Nevada corporation; AMERICAN BORATE COMPANY, a California General Partnership; DELTA ENGINEERING, INC., a Nevada Corporation; GALTAR, LLC, a Nevada limited Liability Company; DOE INDIVIDUALS I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION TO EXTEND DEADLINE FOR FILING OPPOSITION TO ROBISON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (First Request)

COMES NOW, Plaintiffs HILLCREST INVESTMENTS, LTD and KMI ZEOLITE,

INC. (hereinafter "Plaintiffs"), by and through their counsel of record, Gregory A. Miles, Esq.

of ROYAL & MILES LLP, Defendants NATHAN ROBISON and ROBISON ENGINEERING

COMPANY, INC., by and through their counsel of record Holly S. Parker of LAXALT &

1

NOMURA, Ltd., and recognizing that no trial date has been set in this matter, do hereby

stipulate and agree that the deadline for Plaintiffs' submission of an Opposition to Defendants

Robison Engineering and Nathan Robison's Motion for Summary Judgment (Doc. #70) shall be

extended from May 30, 2016 to June 7, 2016.  Said extension is agreed upon for the purpose of

allowing additional time for Plaintiffs and their counsel to consider the merit of the pending

Motion.

DATED this 31st day of May, 2016,                    DATED this 31st day of May, 2016,

ROYAL & MILES LLP                                    LAXALT & NOMURA, Ltd.

 _/s/ Gregory A. Miles_____                     _/s/ Holly S. Parker_____
Gregory A. Miles, Esq.                               Holly S. Parker, Esq.
Nevada Bar No. 4336                                  Nevada Bar No. 10181
1522 W. Warm Springs Road                            9600 Gateway Dr.
Henderson, NV  89014                                 Reno, NV 89521
*Attorney for Plaintiffs*                            *Attorney for Defendants NATHAN*
                                                     *ROBISON and ROBISON ENGINEERING*
                                                     *COMPANY, INC.*

**IT IS SO ORDER:**

_____

UNITED STATES DISTRICT JUDGE

DATED: _June 1, 2016_____

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May, 2016, a true and correct copy of the

foregoing **STIPULATION TO EXTEND DEADLINE FOR FILING OPPOSITION TO**

**ROBISON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was electronically

filed with the Clerk of the Court by using CM/ECF service which will provide copies to all

counsel of record registered to receive CM/ECF notification.


Jason W. Peak, Esq.
Holly S. Parker, Esq.
LAXALT & NOMURA, Ltd.
9600 Gateway Dr.
Reno, NV 89521
*Attorney for Defendants*
*NATHAN ROBISON and ROBISON*
*ENGINEERING COMPANY*
Facsimile:  775-322-1865
jpeak@laxalt-nomura.com
hparker@laxalt-nomura.com


/s/ Ashley Andrew
An employee of ROYAL & MILES LLP